Kamal PATEL, Plaintiff—Appellant,

v.

Mack BONNER; Abdur Rahim; Bureau of Prisons, Defendants—Appellees.

No. 10–6310.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2011.

Decided: April 11, 2011.

Kamal Patel, Appellant Pro Se. David T. Huband, Bureau of Prisons, Butner, North Carolina, Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamal Patel appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patel v. Bonner,* No. 5:08–ct–03110–BO (E.D.N.C. Jan. 28, 2010). We deny the motion to supplement the record and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*